# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **PPG INDUSTRIES, INC.** | **CIVIL ACTION NO. 2:16-cv-1302** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOCAL 470 INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE ENGINEERS** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having conducted a *de novo* review of the record, including the objections and responses to the Report and Recommendation, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Summary Judgment [Doc. No. 25] is **GRANTED**, Defendant's Motion for Summary Judgment [Doc. No. 19] is **DENIED**, and the arbitral award is **VACATED** insofar as the grievance was sustained under Article VI, Section 3 of the CBA.

MONROE, LOUISIANA, this 25th day of September, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE